# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Raza Gilani             CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 22-11280 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

      Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
26 May 2022, 11:17:18, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322