**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | **RAZA GILANI** | : Chapter 13 |
| | | : |
| | | : |
| | **Debtor** | : Bankruptcy No. 22-11280 |

**O R D E R**

AND NOW, this         day of              , 2022 upon consideration of the debtor's motion for an extension of time, it is HEREBY ORDERED that said motion is GRANTED.  The debtor shall have an additional fourteen(14) days to comply with the Court's Order and shall file all required documents on or before June 15, 2022.

BY THE COURT:

_____
THE HONORABLE ASHELY M. CHAN

**Date: June 1, 2022**