| | | | |
|---|---|---|---|
| General Electric Company as a disbursing agent for<br>**GE PRECISION HEALTHCARE LLC**<br>3000 N GRANDVIEW BLVD<br>WAUKESHA, WI 53188-1615 | RAZA GILANI<br>2820 westerham<br>Road<br>Downingtown, PA 19335 | Pay Begin Date: 03/07/2022<br>Pay End Date: 03/20/2022<br>Payment Date: 03/25/2022<br>Check Advice: 5057206631 | |

**Department:** 30827-U33 GE Precision Healthcare
**Pay Group:** GE Healthcare 30827 B
**Last 4 digits of SSN:** XXXX

**Employee ID:** 223053124
**Pay Rate:**
**Status:** Exempt
**Shift:** 1

**Federal Tax Data**
**Tax Status:** Married
**Allowances:** N/A
**Addl. Amount:**

### Current Period Payments

| Description | Rate | Hours | Amount |
|---|---|---|---|
| 03/07/22 - 03/13/22 | | | |
| Regular Pay | | 40.00 | 2,875.40 |
| 03/14/22 - 03/20/22 | | | |
| Regular Pay | | 40.00 | 2,875.40 |
| Total | | 80.00 | 5,750.80 |

### Prior Period Payments

| Description | Rate | Hours | Amount |
|---|---|---|---|
| Total | | 0.00 | 0.00 |

### Before Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Opt3 HlthChoice 3+ | 1,119.33 | 1,119.33 |
| RSP Contributions | 1,035.14 | 4,140.56 |
| HSA Aetna | 190.48 | 190.48 |
| GE Dental Plan 3+Per | 183.24 | 183.24 |
| GE Vision Plan 3+Per | 62.10 | 62.10 |
| Total | 2,590.29 | 5,695.71 |

### Current Other Payments

| Description | Rate | Hours | Amount |
|---|---|---|---|
| Total | | 0.00 | 0.00 |

### Other Income

| Description | Amount |
|---|---|
| Imputed Income | 26.54 |
| Total | 26.54 |

### After Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Long Term Disability | 17.14 | 17.14 |
| Total | 17.14 | 17.14 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal | 243.92 | 2,997.04 |
| Medicare | 61.22 | 425.57 |
| Social Security | 261.78 | 1,819.70 |
| PA Unempl EE | 3.33 | 18.41 |
| PA Withholdng | 128.81 | 900.23 |
| PA Upper Merion Twp | 41.96 | 293.24 |
| Total | 741.02 | 6,454.19 |

| | Total Gross | Fed Taxable | Social Sec | Medicare | Total Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|---|---|
| Current | 5,750.80 | 3,187.05 | 4,222.19 | 4,222.19 | 741.02 | 2,607.43 | 2,402.35 |
| YTD | 30,878.60 | 25,209.43 | 29,349.99 | 29,349.99 | 6,454.19 | 5,712.85 | 18,711.56 |

**Leave Information**
Permissive

| | Vac Avg Hours | Eligible | Reported Taken | Remaining |
|---|---|---|---|---|

### Pay Distribution

| Payment Type | | Account Nbr | Amount |
|---|---|---|---|
| Direct Deposit | Checking | XXXXXX2344 | 2,402.35 |
| Total | | | 2,402.35 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| General Electric Company as a disbursing agent for **GE PRECISION HEALTHCARE LLC** 3000 N GRANDVIEW BLVD WAUKESHA, WI 53188-1615 | | | | RAZA GILANI 2820 westerham Road Downingtown, PA 19335 | | | Pay Begin Date: 03/21/2022 Pay End Date: 04/03/2022 Payment Date: 04/08/2022 Check Advice: 5057306607 | |
| **Department:** 30827-U33 GE Precision Healthcare **Pay Group:** GE Healthcare 30827 B **Last 4 digits of SSN:** XXXX | | | | **Employee ID:** 223053124 **Pay Rate:** **Status:** Exempt **Shift:** 1 | | | **Federal Tax Data** **Tax Status:** Married **Allowances:** N/A **Addl. Amount:** | |

| Current Period Payments | | | | Prior Period Payments | | | | Before Tax Deductions | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Amount | Description | Rate | Hours | Amount | Description | Current | YTD |
| 03/21/22 - 03/27/22 | | | | | | | | RSP Contributions | 1,035.14 | 5,175.70 |
| Regular Pay | | 40.00 | 2,875.40 | | | | | Opt3 HlthChoice 3+ | 248.74 | 1,368.07 |
| 03/28/22 - 04/03/22 | | | | | | | | HSA Aetna | 190.48 | 380.96 |
| Regular Pay | | 40.00 | 2,875.40 | | | | | GE Dental Plan 3+Per | 40.72 | 223.96 |
| | | | | | | | | GE Vision Plan 3+Per | 13.80 | 75.90 |
| Total | | 80.00 | 5,750.80 | Total | | 0.00 | 0.00 | Total | 1,528.88 | 7,224.59 |

| Current Other Payments | | | | Other Income | | After Tax Deductions | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Amount | Description | Amount | Description | Current | YTD |
| | | | | Imputed Income | 26.54 | Long Term Disability | 79.96 | 97.10 |
| Total | | 0.00 | 0.00 | Total | 26.54 | Total | 79.96 | 97.10 |

| Taxes | | |
|---|---|---|
| Description | Current | YTD |
| Federal | 372.51 | 3,369.55 |
| Medicare | 76.62 | 502.19 |
| Social Security | 327.58 | 2,147.28 |
| PA Unempl EE | 3.34 | 21.75 |
| PA Withholdng | 161.39 | 1,061.62 |
| PA Caln Twp | 52.57 | 345.81 |
| PA Caln Twp | 0.00 | 0.00 |
| PA Caln Twp MSD | 2.00 | 2.00 |
| Total | 996.01 | 7,450.20 |

| | Total Gross | Fed Taxable | Social Sec | Medicare | Total Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|---|---|
| Current | 5,750.80 | 4,248.46 | 5,283.60 | 5,283.60 | 996.01 | 1,608.84 | 3,145.95 |
| YTD | 36,629.40 | 29,457.89 | 34,633.59 | 34,633.59 | 7,450.20 | 7,321.69 | 21,857.51 |

| Leave Information | Vac Avg Hours | Eligible | Reported Taken | Remaining |
|---|---|---|---|---|
| Permissive | | | | |

| Pay Distribution | | | |
|---|---|---|---|
| Payment Type | | Account Nbr | Amount |
| Direct Deposit | Checking | XXXXXX2344 | 3,145.95 |
| Total | | | 3,145.95 |

General Electric Company as a disbursing agent for
**GE PRECISION HEALTHCARE LLC**
3000 N GRANDVIEW BLVD
WAUKESHA, WI 53188-1615

RAZA GILANI
2820 westerham Road
Downingtown, PA 19335

Pay Begin Date: 04/04/2022
Pay End Date: 04/17/2022
Payment Date: 04/22/2022
Check Advice: 5057388130

Department: 30827-U33 GE Precision Healthcare
Pay Group: GE Healthcare 30827 B
Last 4 digits of SSN: XXXX

Employee ID: 223053124
Pay Rate:
Status: Exempt
Shift: 1

**Federal Tax Data**
Tax Status: Married
Allowances: N/A
Addl. Amount:

### Current Period Payments

| Description | Rate | Hours | Amount |
|---|---|---|---|
| 04/04/22 - 04/10/22 | | | |
| Regular Pay | | 40.00 | 2,875.40 |
| 04/11/22 - 04/17/22 | | | |
| Regular Pay | | 40.00 | 2,875.40 |
| Total | | 80.00 | 5,750.80 |

### Prior Period Payments

| Description | Rate | Hours | Amount |
|---|---|---|---|
| Total | | 0.00 | 0.00 |

### Before Tax Deductions

| Description | Current | YTD |
|---|---|---|
| RSP Contributions | 1,035.14 | 6,210.84 |
| Opt3 HlthChoice 3+ | 248.74 | 1,616.81 |
| HSA Aetna | 190.48 | 571.44 |
| GE Dental Plan 3+Per | 40.72 | 264.68 |
| GE Vision Plan 3+Per | 13.80 | 89.70 |
| Total | 1,528.88 | 8,753.47 |

### Current Other Payments

| Description | Rate | Hours | Amount |
|---|---|---|---|
| Total | | 0.00 | 0.00 |

### Other Income

| Description | Amount |
|---|---|
| Imputed Income | 26.54 |
| Total | 26.54 |

### After Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Long Term Disability | 79.96 | 177.06 |
| Total | 79.96 | 177.06 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal | 372.51 | 3,742.06 |
| Medicare | 76.61 | 578.80 |
| Social Security | 327.59 | 2,474.87 |
| PA Unempl EE | 3.34 | 25.09 |
| PA Withholdng | 161.39 | 1,223.01 |
| PA Caln Twp | 52.57 | 398.38 |
| PA Caln Twp | 0.00 | 0.00 |
| PA Caln Twp MSD | 2.00 | 4.00 |
| Total | 996.01 | 8,446.21 |

| | Total Gross | Fed Taxable | Social Sec | Medicare | Total Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|---|---|
| Current | 5,750.80 | 4,248.46 | 5,283.60 | 5,283.60 | 996.01 | 1,608.84 | 3,145.95 |
| YTD | 42,380.20 | 33,706.35 | 39,917.19 | 39,917.19 | 8,446.21 | 8,930.53 | 25,003.46 |

### Leave Information

| | Vac Avg Hours | Eligible | Reported Taken | Remaining |
|---|---|---|---|---|
| Permissive | | | | |

### Pay Distribution

| Payment Type | | Account Nbr | Amount |
|---|---|---|---|
| Direct Deposit | Checking | XXXXXX2344 | 3,145.95 |
| Total | | | 3,145.95 |

| General Electric Company as a disbursing agent for<br>**GE PRECISION HEALTHCARE LLC**<br>3000 N GRANDVIEW BLVD<br>WAUKESHA, WI 53188-1615 | RAZA GILANI<br>2820 westerham<br>Road<br>Downingtown, PA 19335 | Pay Begin Date: 04/18/2022<br>Pay End Date: 05/01/2022<br>Payment Date: 05/06/2022<br>Check Advice: 5057469734 |
|---|---|---|
| **Department:** 30827-U33 GE Precision Healthcare<br>**Pay Group:** GE Healthcare 30827 B<br>**Last 4 digits of SSN:** XXXX | **Employee ID:** 223053124<br>**Pay Rate:**<br>**Status:** Exempt<br>**Shift:** 1 | **Federal Tax Data**<br>Tax Status: Married<br>Allowances: N/A<br>Addl. Amount: |

### Current Period Payments

| Description | Rate | Hours | Amount |
|---|---|---|---|
| 04/18/22 - 04/24/22 | | | |
| Regular Pay | | 40.00 | 2,875.40 |
| 04/25/22 - 05/01/22 | | | |
| Regular Pay | | 40.00 | 2,875.40 |
| **Total** | | **80.00** | **5,750.80** |

### Prior Period Payments

| Description | Rate | Hours | Amount |
|---|---|---|---|
| Total | | 0.00 | 0.00 |

### Before Tax Deductions

| Description | Current | YTD |
|---|---|---|
| RSP Contributions | 1,035.14 | 7,245.98 |
| Opt3 HlthChoice 3+ | 248.74 | 1,865.55 |
| HSA Aetna | 190.48 | 761.92 |
| GE Dental Plan 3+Per | 40.72 | 305.40 |
| GE Vision Plan 3+Per | 13.80 | 103.50 |
| **Total** | **1,528.88** | **10,282.35** |

### Current Other Payments

| Description | Rate | Hours | Amount |
|---|---|---|---|
| Total | | 0.00 | 0.00 |

### Other Income

| Description | Amount |
|---|---|
| Imputed Income | 26.54 |
| **Total** | **26.54** |

### After Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Long Term Disability | 79.96 | 257.02 |
| **Total** | **79.96** | **257.02** |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal | 372.51 | 4,114.57 |
| Medicare | 76.61 | 655.41 |
| Social Security | 327.58 | 2,802.45 |
| PA Unempl EE | 3.33 | 28.42 |
| PA Withholdng | 161.39 | 1,384.40 |
| PA Caln Twp | 52.57 | 450.95 |
| PA Caln Twp | 0.00 | 0.00 |
| PA Caln Twp MSD | 2.00 | 6.00 |
| **Total** | **995.99** | **9,442.20** |

| | Total Gross | Fed Taxable | Social Sec | Medicare | Total Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|---|---|
| Current | 5,750.80 | 4,248.46 | 5,283.60 | 5,283.60 | 995.99 | 1,608.84 | 3,145.97 |
| YTD | 48,131.00 | 37,954.81 | 45,200.79 | 45,200.79 | 9,442.20 | 10,539.37 | 28,149.43 |

### Leave Information

| | Vac Avg Hours | Eligible | Reported Taken | Remaining |
|---|---|---|---|---|
| Permissive | | | | |

### Pay Distribution

| Payment Type | | Account Nbr | Amount |
|---|---|---|---|
| Direct Deposit | Checking | XXXXXX2344 | 3,145.97 |
| **Total** | | | **3,145.97** |

General Electric Company as a disbursing agent for
**GE PRECISION HEALTHCARE LLC**
3000 N GRANDVIEW BLVD
WAUKESHA, WI 53188-1615

RAZA GILANI
2820 westerham Road
Downingtown, PA 19335

Pay Begin Date: 05/02/2022
Pay End Date: 05/15/2022
Payment Date: 05/20/2022
Check Advice: 5057549407

Department: 30827-U33 GE Precision Healthcare
Pay Group: GE Healthcare 30827 B
Last 4 digits of SSN: XXXX

Employee ID: 223053124
Pay Rate:
Status: Exempt
Shift: 1

**Federal Tax Data**
Tax Status: Married
Allowances: N/A
Addl. Amount:

### Current Period Payments

| Description | Rate | Hours | Amount |
|---|---|---|---|
| 05/02/22 - 05/08/22 Regular Pay | | 40.00 | 2,875.40 |
| 05/09/22 - 05/15/22 Regular Pay | | 40.00 | 2,875.40 |
| Total | | 80.00 | 5,750.80 |

### Current Other Payments

| Description | Rate | Hours | Amount |
|---|---|---|---|
| Total | | 0.00 | 0.00 |

### Prior Period Payments

| Description | Rate | Hours | Amount |
|---|---|---|---|
| Total | | 0.00 | 0.00 |

### Other Income

| Description | Amount |
|---|---|
| Imputed Income | 26.54 |
| Total | 26.54 |

### Before Tax Deductions

| Description | Current | YTD |
|---|---|---|
| RSP Contributions | 1,035.14 | 8,281.12 |
| Opt3 HlthChoice 3+ | 248.74 | 2,114.29 |
| HSA Aetna | 190.48 | 952.40 |
| GE Dental Plan 3+Per | 40.72 | 346.12 |
| GE Vision Plan 3+Per | 13.80 | 117.30 |
| Total | 1,528.88 | 11,811.23 |

### After Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Long Term Disability | 79.96 | 336.98 |
| Total | 79.96 | 336.98 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal | 372.51 | 4,487.08 |
| Medicare | 76.61 | 732.02 |
| Social Security | 327.58 | 3,130.03 |
| PA Unempl EE | 3.34 | 31.76 |
| PA Withholdng | 161.39 | 1,545.79 |
| PA Caln Twp | 52.57 | 503.52 |
| PA Caln Twp | 0.00 | 0.00 |
| PA Caln Twp MSD | 2.00 | 8.00 |
| Total | 996.00 | 10,438.20 |

| | Total Gross | Fed Taxable | Social Sec | Medicare | Total Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|---|---|
| Current | 5,750.80 | 4,248.46 | 5,283.60 | 5,283.60 | 996.00 | 1,608.84 | 3,145.96 |
| YTD | 53,881.80 | 42,203.27 | 50,484.39 | 50,484.39 | 10,438.20 | 12,148.21 | 31,295.39 |

**Leave Information**
Permissive    Vac Avg Hours    Eligible    Reported Taken    Remaining

### Pay Distribution

| Payment Type | | Account Nbr | Amount |
|---|---|---|---|
| Direct Deposit | Checking | XXXXXX2344 | 3,145.96 |
| Total | | | 3,145.96 |

**General Electric Company as a disbursing agent for**
**GE PRECISION HEALTHCARE LLC**
3000 N GRANDVIEW BLVD
WAUKESHA, WI 53188-1615

RAZA GILANI
2820 westerham Road
Downingtown, PA 19335

Pay Begin Date: 05/16/2022
Pay End Date: 05/29/2022
Payment Date: 06/03/2022
Check Advice: 5057629362

Department: 30827-U33 GE Precision Healthcare
Pay Group: GE Healthcare 30827 B
Last 4 digits of SSN: XXXX

Employee ID: 223053124
Pay Rate:
Status: Exempt
Shift: 1

**Federal Tax Data**
Tax Status: Married
Allowances: N/A
Addl. Amount:

### Current Period Payments

| Description | Rate | Hours | Amount |
|---|---|---|---|
| 05/16/22 - 05/22/22 | | | |
| Regular Pay | | 40.00 | 2,875.40 |
| 05/23/22 - 05/29/22 | | | |
| Regular Pay | | 40.00 | 2,875.40 |
| Total | | 80.00 | 5,750.80 |

### Prior Period Payments

| Description | Rate | Hours | Amount |
|---|---|---|---|
| Total | | 0.00 | 0.00 |

### Before Tax Deductions

| Description | Current | YTD |
|---|---|---|
| RSP Contributions | 1,035.14 | 9,316.26 |
| Opt3 HlthChoice 3+ | 248.74 | 2,363.03 |
| HSA Aetna | 190.48 | 1,142.88 |
| GE Dental Plan 3+Per | 40.72 | 386.84 |
| GE Vision Plan 3+Per | 13.80 | 131.10 |
| Total | 1,528.88 | 13,340.11 |

### Current Other Payments

| Description | Rate | Hours | Amount |
|---|---|---|---|
| Total | | 0.00 | 0.00 |

### Other Income

| Description | Amount |
|---|---|
| Imputed Income | 26.54 |
| Total | 26.54 |

### After Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Long Term Disability | 79.96 | 416.94 |
| Total | 79.96 | 416.94 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal | 372.51 | 4,859.59 |
| Medicare | 76.62 | 808.64 |
| Social Security | 327.59 | 3,457.62 |
| PA Unempl EE | 3.33 | 35.09 |
| PA Withholdng | 161.39 | 1,707.18 |
| PA Caln Twp | 52.57 | 556.09 |
| PA Caln Twp | 0.00 | 0.00 |
| PA Caln Twp MSD | 2.00 | 10.00 |
| Total | 996.01 | 11,434.21 |

| | Total Gross | Fed Taxable | Social Sec | Medicare | Total Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|---|---|
| Current | 5,750.80 | 4,248.46 | 5,283.60 | 5,283.60 | 996.01 | 1,608.84 | 3,145.95 |
| YTD | 59,632.60 | 46,451.73 | 55,767.99 | 55,767.99 | 11,434.21 | 13,757.05 | 34,441.34 |

**Leave Information**
Permissive    Vac Avg Hours    Eligible    Reported Taken    Remaining

### Pay Distribution

| Payment Type | | Account Nbr | Amount |
|---|---|---|---|
| Direct Deposit | Checking | XXXXXX2344 | 3,145.95 |
| Total | | | 3,145.95 |