| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 22-11280-AMC

Raza Gilani  
2820 Westerham Road  
Downingtown PA 19335

Petition Filed Date: 05/18/2022  
341 Hearing Date: 07/22/2022  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

***There were no receipts posted to this case for the time period selected***

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ZACHARY PERLICK ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | CAVALRY SPV INVESTMENTS LLC »» 001 | Unsecured Creditors | $3,602.20 | $0.00 | $0.00 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR »» 002 | Unsecured Creditors | $629.91 | $0.00 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE »» 03P | Priority Crediors | $1,164.51 | $0.00 | $0.00 |
| 4 | PA DEPARTMENT OF REVENUE »» 03U | Unsecured Creditors | $72.59 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES »» 004 | Unsecured Creditors | $2,778.82 | $0.00 | $0.00 |
| 6 | AMERICAN EXPRESS NATIONAL BANK »» 005 | Unsecured Creditors | $3,439.69 | $0.00 | $0.00 |
| 7 | QUANTUM3 GROUP LLC »» 006 | Unsecured Creditors | $1,660.00 | $0.00 | $0.00 |
| 8 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $106.09 | $0.00 | $0.00 |
| 9 | UNITED STATES TREASURY (IRS) »» 08P | Priority Crediors | $7,867.41 | $0.00 | $0.00 |
| 10 | UNITED STATES TREASURY (IRS) »» 08U | Unsecured Creditors | $3,238.59 | $0.00 | $0.00 |
| 11 | UNITED STATES TREASURY (IRS) »» 08S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | CHESTER COUNTY TCB »» 009 | Secured Creditors | $38,248.99 | $0.00 | $0.00 |
| 13 | ALLY FINANCIAL »» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | PNC BANK »» 011 | Mortgage Arrears | $121,510.11 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-11280-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $0.00 | Current Monthly Payment: | $400.00 |
| Paid to Claims: | $0.00 | Arrearages: | $800.00 |
| Paid to Trustee: | $0.00 | Total Plan Base: | $24,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.