**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

IN RE **Raza Gilani**              **Chapter 13**
                Debtor.        **:**     BANKRUPTCY  NO. **22-11280-mdc**

_____

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE FOR THE RESERVE AT
BAILEY STATION HOMEOWNERS' ASSOCIATION**

     The undersigned hereby enters his appearance for The Reserve at Bailey Station Homeowners' Association, and pursuant to Bankruptcy Rules 2002 and 9007, requests that all notices required to be given in this case, as well as any and all other pleadings, or notices of any kind, be sent to the undersigned.

                                        **Clemons Richter & Reiss, P.C.**
                                        2003 South Easton Road, Suite 300
                                        Doylestown, PA 18901
                                        Tel. (215) 348-1776

Date: August 26, 2022

                                        _____
                                        Stefan Richter, Esquire
                                        Attorney for Movant