UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                              Chapter 13
    Raza Gilani                                  Bankruptcy No.22-11280-AMC


        Debtor

<u>CERTIFICATE OF SERVICE</u>

    I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection*

*of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case

has been served this 13th day of September, 2022, by first class mail upon those listed below:


Raza Gilani
2820 Westerham Road
Downingtown, PA  19335

**<u>Electronically via CM/ECF System Only:</u>**

ZACHARY PERLICK ESQ
1420 WALNUT STREET
SUITE 718
PHILADELPHIA, PA  19102


                        */s/ Kristen Gliem*
                        Kristen Gliem
                        for
                        Scott F. Waterman, Esquire
                        Standing Chapter 13 Trustee