United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 22-11280-amc
Raza Gilani  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Apr 05, 2023 | Form ID: 155 | Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raza Gilani, 2820 Westerham Road, Downingtown, PA 19335-6020 |
| 14691901 | + | Brittany J. Suttell, Esquire, 929 S. High Street, Suitq 148, West Chester, PA 19382-5466 |
| 14691904 | + | Chester County Tax Claim Bureau, 313 West Market Street, Suite 3602, West Chester, PA 19382-2804 |
| 14727046 | + | Coatesville Area School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14727047 | + | Coatesville Area School District, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14691907 | + | Daniel J. Santucci, Esquire, POB 517, Essington, PA 19029-0517 |
| 14691908 | + | David J. Apothaker, Esquire, 1341 N. Delaware Ave., Philadelphia, PA 19125-4300 |
| 14691910 | + | Midland Credit Management, Inc., P.O. Box 2021, Warren, MI 48090-2021 |
| 14694166 | + | PNC BANK, NATIONAL ASSOCIATION, C/O Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14716349 | + | Reserve at Bailey Station HOA, c/o Stefan Richter, Esquire, Clemons Richter & Reiss, P.C., 2003 South Easton Road, Suite 300, Doylestown, PA 18901-7100 |
| 14691913 | + | Reserves at Bailey Station, Homeowner's Association, c/o Robert J. Hoffman, Esquire, 326 West State Street, Media, PA 19063-3861 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14691898 | + | Email/Text: backoffice@affirm.com | Apr 05 2023 23:44:00 | Affirm Inc., 650 California Street, Fl. 12, San Francisco, CA 94108-2716 |
| 14692887 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 05 2023 23:52:26 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14706024 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 05 2023 23:52:26 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14691899 | | Email/Text: ally@ebn.phinsolutions.com | Apr 05 2023 23:44:00 | Ally Financial, POB 130424, Saint Paul, MN 55113-0004 |
| 14691900 | + | Email/PDF: bncnotices@becket-lee.com | Apr 05 2023 23:52:23 | American Express, POB 297871, Fort Lauderdale, FL 33329-7871 |
| 14700088 | | Email/PDF: bncnotices@becket-lee.com | Apr 05 2023 23:52:30 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14691902 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 05 2023 23:52:26 | Capital One, P.O. Box 85617, Richmond, VA 23276-0001 |
| 14692563 | + | Email/Text: bankruptcy@cavps.com | Apr 05 2023 23:44:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14691903 | + | Email/Text: bankruptcy@cavps.com | Apr 05 2023 23:44:00 | Cavalry SPV, I, LLC, 500 Summit Lake Dr., Suite 400, Valhalla, NY 10595-2321 |
| 14691905 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 05 2023 23:52:30 | Citibank, N.A., 701 East 60th Street N, Sioux Falls, SD 57104-0432 |
| 14691906 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 05 2023 23:44:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 05, 2023 | Form ID: 155 | Total Noticed: 33 |

| Recip ID | Notice Method | Sent Date | Name and Address |
|---|---|---|---|
| 14691909 | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 05 2023 23:44:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14703863 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 05 2023 23:52:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14691911 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 05 2023 23:44:00 | PA Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14691912 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 05 2023 23:44:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14707677 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 05 2023 23:44:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 14698972 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 05 2023 23:52:26 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14693756 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 05 2023 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14701098 | Email/Text: bnc-quantum@quantum3group.com | Apr 05 2023 23:44:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14693042 | Email/Text: bnc-quantum@quantum3group.com | Apr 05 2023 23:44:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14692309 | + Email/PDF: gecsedi@recoverycorp.com | Apr 05 2023 23:52:29 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14691915 | + Email/Text: notices@burt-law.com | Apr 05 2023 23:44:00 | Velocity Investment LLC, c/o Burton, Neil & Associates, 1060 Andrew Ave., West Chester, PA 19380-4292 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14691914 | | Shazia Hashmi |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2023 at the address(es) listed below:**

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Apr 05, 2023 | Form ID: 155 | Total Noticed: 33

| Name | Email Address |
| --- | --- |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Coatesville Area School District jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| STEFAN RICHTER | on behalf of Creditor Reserve at Bailey Station HOA srichter@clemonslaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY PERLICK | on behalf of Debtor Raza Gilani Perlick@verizon.net  pireland1@verizon.net |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Raza Gilani
     Debtor(s)　　　　　　　　　　　　Chapter: 13

　　　　　　　　　　　　　　　　　　　　　Bankruptcy No: 22−11280−amc
_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this April 5, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

　　　　　　　　　　　　　　　　　　　　Ashely M. Chan
　　　　　　　　　　　　　　　　　　　　Judge ,
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

　　　　　　　　　　　　　　　　　　　　　　　　47
　　　　　　　　　　　　　　　　　　　　　　　Form 155