## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Raza Gilani<br>　　　　　　Debtor<br>Shazia Hashmi<br>　　　　　　Co-Debtor | CHAPTER 13 |
| PNC BANK, NATIONAL ASSOCIATION<br>　　　　　　Movant<br>　　vs.<br>Raza Gilani<br>　　　　　　Debtor<br>Shazia Hashmi<br>　　　　　　Co-Debtor<br>Scott F. Waterman<br>　　　　　　Trustee | NO. 22-11280 AMC<br><br>11 U.S.C. Section 362 and 1301 |

### MOTION OF PNC BANK, NATIONAL ASSOCIATION
### FOR RELIEF FROM THE AUTOMATIC STAY
### UNDER SECTION 362

1. Movant is PNC BANK, NATIONAL ASSOCIATION.

2. Debtor(s) is/are the owner(s) of the premises 2820 Westerham Road, Downingtown, PA 19335, hereinafter referred to as the mortgaged premises.

3. Movant is the holder of a mortgage, original principal amount of $445,000.00 on the mortgaged premises that was executed by Debtor and Co-Debtor as co-mortgagers on October 17, 2007. The mortgage has been assigned as follows:

4. Scott F. Waterman, is the Trustee appointed by the Court.

5. The commencement and/or continuation of the mortgage foreclosure proceedings by reason of non-payment of monthly mortgage payments were stayed by the filing of a Chapter 13 Petition in Bankruptcy by the Debtor(s).

6. Debtor(s) has/have failed to make the monthly post-petition mortgage payments in the amount of $1,748.13 for the months of May 2022 through March 2023 plus late charges if applicable.

7. In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested in this Motion, Movant has also incurred legal fees and

legal costs. Movant reserves all rights to seek an award or allowance of such fees and expenses in accordance with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.

8. The total amount necessary to reinstate the loan post-petition is $19,229.43 (plus attorney's fees & costs).

9. Co- Debtor Shazia Hashmi, who has not filed for Bankruptcy in this case, is liable on the mortgage loan secured by the aforesaid mortgage on together with the Debtor.

9. Movant is entitled to relief from stay for cause.

10. This motion and the averments contained therein do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this motion, including fees and costs, due under the terms of the mortgage and applicable law.

WHEREFORE, Movant prays that an Order be entered modifying the Stay and permitting Movant to proceed with its mortgage foreclosure on the mortgaged premises, and to allow the Sheriff's Grantee to take any legal action to enforce its right to possession of the mortgage premises. Further, Movant prays that an Order be entered awarding Movant the costs of this suit, reasonable attorney's fees in accordance with the mortgage document and current law together with interest.

/s/ Mark A. Cronin
Mark A. Cronin, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant

April 18, 2023