IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Raza Gilani <br>     Debtor <br> Shazia Hashmi <br>     Co-Debtor <br><br> PNC BANK, NATIONAL ASSOCIATION <br>     Movant <br> vs. <br><br> Raza Gilani <br>     Debtor <br> Shazia Hashmi <br>     Co-Debtor <br><br> Scott F. Waterman <br>     Trustee | CHAPTER 13 <br><br> NO. 22-11280 AMC <br><br> 11 U.S.C. Section 362 and 1301 |

**CERTIFICATE OF SERVICE**

I, Mark A. Cronin , Esq., attorney for Movant, do hereby certify that I caused true and correct copies of the foregoing Motion of PNC BANK, NATIONAL ASSOCIATION for Relief From Automatic Stay and NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE to be served on April 18, 2023, by first class mail, and/or electronic means upon those listed below:

Debtor(s)
Raza Gilani
2820 Westerham Road
Downingtown, PA 19335-0000

Co-Debtor
Shazia Hashmi
2820 Westerham Road
Downingtown, PA 19335-0000

Attorney for Debtor(s)
Zachary Perlick, Esq.
1420 Walnut Street (VIA ECF)
Suite 718
Philadelphia, PA 19102
**VIA ECF**

Trustee
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
**VIA ECF**

Office of the US Trustee
UNITED STATES TRUSTEE
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

Date: April 18, 2023

                                               /s/ Mark A. Cronin
                                               Mark A. Cronin, Esquire
                                               KML Law Group, P.C.
                                               701 Market Street, Suite 5000
                                               Philadelphia, PA 19106-1532
                                               Phone: (215) 627-1322 Fax:(215) 627-7734
                                               Attorneys for Movant/Applicant