| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 22-11280-AMC**

| | |
|---|---|
| Raza Gilani | Petition Filed Date: 05/18/2022 |
| 2820 Westerham Road | 341 Hearing Date: 07/22/2022 |
| Downingtown  PA    19335 | Confirmation Date: 04/05/2023 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/26/2022 | $400.00 | | 09/07/2022 | $400.00 | | 09/22/2022 | $400.00 | |
| 10/03/2022 | $400.00 | | 10/31/2022 | $400.00 | | 11/28/2022 | $400.00 | |
| 12/27/2022 | $500.00 | | 01/23/2023 | $500.00 | | 03/03/2023 | $500.00 | |
| 03/27/2023 | $500.00 | | 04/28/2023 | $500.00 | | | | |

**Total Receipts for the Period: $4,900.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $4,900.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ZACHARY PERLICK ESQ | Attorney Fees | $5,520.00 | $4,503.00 | $1,017.00 |
| 1 | CAVALRY SPV INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $3,602.20 | $0.00 | $3,602.20 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 002 | Unsecured Creditors | $629.91 | $0.00 | $629.91 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 03P | Priority Crediors | $1,164.51 | $0.00 | $1,164.51 |
| 4 | PA DEPARTMENT OF REVENUE<br>»» 03U | Unsecured Creditors | $72.59 | $0.00 | $72.59 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $2,778.82 | $0.00 | $2,778.82 |
| 6 | AMERICAN EXPRESS NATIONAL BANK<br>»» 005 | Unsecured Creditors | $3,439.69 | $0.00 | $3,439.69 |
| 7 | QUANTUM3 GROUP LLC<br>»» 006 | Unsecured Creditors | $1,660.00 | $0.00 | $1,660.00 |
| 8 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | UNITED STATES TREASURY (IRS)<br>»» 08P | Priority Crediors | $7,867.41 | $0.00 | $7,867.41 |
| 10 | UNITED STATES TREASURY (IRS)<br>»» 08U | Unsecured Creditors | $3,238.59 | $0.00 | $3,238.59 |
| 11 | UNITED STATES TREASURY (IRS)<br>»» 08S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | CHESTER COUNTY TCB<br>»» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | ALLY FINANCIAL<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | PNC BANK<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-11280-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 15 | THE RESERVE AT BAILEY STATION HOA<br>»»  012 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | COATESVILLE AREA SCHOOL DISTRICT<br>»»  013 | Secured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,900.00 | Current Monthly Payment: | $500.00 |
| Paid to Claims: | $4,503.00 | Arrearages: | $1,000.00 |
| Paid to Trustee: | $397.00 | Total Plan Base: | $28,900.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.