IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Raza Gilani  Debtor  Shazia Hashmi  Co-Debtor | | CHAPTER 13 |
| PNC BANK, NATIONAL ASSOCIATION  Movant  vs. | | NO. 22-11280 AMC |
| Raza Gilani  Debtor  Shazia Hashmi  Co-Debtor  Scott F. Waterman  Trustee | | 11 U.S.C. Section 362 |

## CONSENT ORDER

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. Pursuant to this Consent Order, Both Debtor and Debtor's attorney have agreed to relief from stay regarding the property address 2820 Westerham Road, Downingtown, PA 19335 ("Property) as of July 31, 2023.

2. Movant may grant immediate relief from the automatic stay and waiving the stay provided by Bankruptcy Rule 4001(a)(3).

3. If the case is converted to Chapter 7, Movant shall file a Certification of Default with the Court and the Court shall enter an order granting Movant relief from the automatic stay.

4. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

5. The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

6. The parties agree that a facsimile signature shall be considered an original signature.

Date:   August 2, 2023

/s/ **Denise Carlon, Esquire**
Denise Carlon, Esquire
Attorney for Movant

Date: 8-9-23

Zachary Perlick Esquire.
Attorney for Debtor(s)

Date: 8/10/2023

/s/ Ann E. Swartz, Esq.

Scott F. Waterman Esquire.
Chapter 13 Trustee

Approved by the Court this __16th__ day of __August__, 2023. However, the court retains discretion regarding entry of any further order.

Bankruptcy Judge
Ashely M. Chan