United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11280-amc |
| Raza Gilani | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 17, 2023 | Form ID: pdf900 | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raza Gilani, 2820 Westerham Road, Downingtown, PA 19335-6020 |
| cr | + | Coatesville Area School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | + | Reserve at Bailey Station HOA, c/o Stefan Richter, Esquire, Clemons Richter & Reiss. P.C., 2003 South Easton Road, Suite 300, Doylestown, PA 18901 UNITED STATES 18901-7100 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 17 2023 23:37:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 17 2023 23:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 17 2023 23:42:30 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 17 2023 23:42:15 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, GREENVILLE, SC 29603-0587, UNITED STATES 29603-0587 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Aug 19, 2023 | Signature: | /s/Gustava Winters |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Aug 17, 2023 | Form ID: pdf900 | Total Noticed: 7

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2023 at the address(es) listed below:**

**Name** | **Email Address**

BRIAN CRAIG NICHOLAS
on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD
on behalf of Creditor Coatesville Area School District jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

MARK A. CRONIN
on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

STEFAN RICHTER
on behalf of Creditor Reserve at Bailey Station HOA srichter@clemonslaw.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

ZACHARY PERLICK
on behalf of Debtor Raza Gilani Perlick@verizon.net  pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Raza Gilani<br>               Debtor<br>Shazia Hashmi<br>               Co-Debtor | CHAPTER 13 |
| PNC BANK, NATIONAL ASSOCIATION<br>               Movant<br>vs. | NO. 22-11280 AMC |
| Raza Gilani<br>               Debtor<br>Shazia Hashmi<br>               Co-Debtor | 11 U.S.C. Section 362 |
| Scott F. Waterman<br>               Trustee | |

## CONSENT ORDER

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. Pursuant to this Consent Order, Both Debtor and Debtor's attorney have agreed to relief from stay regarding the property address 2820 Westerham Road, Downingtown, PA 19335 ("Property) as of July 31, 2023.

2. Movant may grant immediate relief from the automatic stay and waiving the stay provided by Bankruptcy Rule 4001(a)(3).

3. If the case is converted to Chapter 7, Movant shall file a Certification of Default with the Court and the Court shall enter an order granting Movant relief from the automatic stay.

4. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

5. The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

6. The parties agree that a facsimile signature shall be considered an original signature.

Date:    August 2, 2023

                                                     **/s/ Denise Carlon, Esquire**
                                                     Denise Carlon, Esquire
                                                     Attorney for Movant

Date: 8-9-23

Zachary Perlick Esquire.
Attorney for Debtor(s)

Date: 8/10/2023

/s/ Ann E. Swartz, Esq.
Scott F. Waterman Esquire.
Chapter 13 Trustee

Approved by the Court this 16th day of August, 2023. However, the court retains discretion regarding entry of any further order.

Bankruptcy Judge
Ashely M. Chan