United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11280-amc |
| Raza Gilani | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 13, 2023 | Form ID: pdf900 | Total Noticed: 37 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raza Gilani, 2820 Westerham Road, Downingtown, PA 19335-6020 |
| cr | + | Reserve at Bailey Station HOA, c/o Stefan Richter, Esquire, Clemons Richter & Reiss. P.C., 2003 South Easton Road, Suite 300, Doylestown, PA 18901 UNITED STATES 18901-7100 |
| 14691901 | + | Brittany J. Suttell, Esquire, 929 S. High Street, Suitq 148, West Chester, PA 19382-5466 |
| 14691904 | + | Chester County Tax Claim Bureau, 313 West Market Street, Suite 3602, West Chester, PA 19382-2804 |
| 14727046 | + | Coatesville Area School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14727047 | + | Coatesville Area School District, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14691907 | + | Daniel J. Santucci, Esquire, POB 517, Essington, PA 19029-0517 |
| 14691908 | + | David J. Apothaker, Esquire, 1341 N. Delaware Ave., Philadelphia, PA 19125-4300 |
| 14691910 | + | Midland Credit Management, Inc., P.O. Box 2021, Warren, MI 48090-2021 |
| 14694166 | + | PNC BANK, NATIONAL ASSOCIATION, C/O Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14716349 | + | Reserve at Bailey Station HOA, c/o Stefan Richter, Esquire, Clemons Richter & Reiss, P.C., 2003 South Easton Road, Suite 300, Doylestown, PA 18901-7100 |
| 14691913 | + | Reserves at Bailey Station, Homeowner's Association, c/o Robert J. Hoffman, Esquire, 326 West State Street, Media, PA 19063-3861 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 13 2023 23:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 13 2023 23:51:48 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2023 23:51:53 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, GREENVILLE, SC 29603-0587, UNITED STATES 29603-0587 |
| 14691898 | + | Email/Text: backoffice@affirm.com | Sep 13 2023 23:48:00 | Affirm Inc., 650 California Street, Fl. 12, San Francisco, CA 94108-2716 |
| 14692887 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 13 2023 23:52:33 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14706024 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 13 2023 23:51:18 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14691899 | | Email/Text: ally@ebn.phinsolutions.com | Sep 13 2023 23:47:00 | Ally Financial, POB 130424, Saint Paul, MN 55113-0004 |
| 14691900 | + | Email/PDF: bncnotices@becket-lee.com | Sep 14 2023 00:02:55 | American Express, POB 297871, Fort Lauderdale, FL 33329-7871 |
| 14700088 | | Email/PDF: bncnotices@becket-lee.com | Sep 14 2023 00:02:59 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14691902 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

Case 22-11280-amc    Doc 68    Filed 09/15/23    Entered 09/16/23 00:31:34    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 13, 2023 | Form ID: pdf900 | Total Noticed: 37 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 14 2023 00:02:45 | Capital One, P.O. Box 85617, Richmond, VA 23276-0001 |
| 14692563 | + | Email/Text: bankruptcy@cavps.com | Sep 13 2023 23:48:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14691903 | + | Email/Text: bankruptcy@cavps.com | Sep 13 2023 23:48:00 | Cavalry SPV, I, LLC, 500 Summit Lake Dr., Suite 400, Valhalla, NY 10595-2321 |
| 14691905 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 13 2023 23:52:33 | Citibank, N.A., 701 East 60th Street N, Sioux Falls, SD 57104-0432 |
| 14691906 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 13 2023 23:47:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 14691909 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 13 2023 23:47:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14703863 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 14 2023 00:02:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14691911 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 13 2023 23:47:00 | PA Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14691912 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 13 2023 23:47:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14707677 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 13 2023 23:47:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 14698972 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 13 2023 23:52:34 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14693756 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 13 2023 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14701098 | | Email/Text: bnc-quantum@quantum3group.com | Sep 13 2023 23:47:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14693042 | | Email/Text: bnc-quantum@quantum3group.com | Sep 13 2023 23:47:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14692309 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 14 2023 00:02:44 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14691915 | + | Email/Text: notices@burt-law.com | Sep 13 2023 23:48:00 | Velocity Investment LLC, c/o Burton, Neil & Associates, 1060 Andrew Ave., West Chester, PA 19380-4292 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14691914 | | Shazia Hashmi |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Coatesville Area School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 13, 2023 | Form ID: pdf900 | Total Noticed: 37 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2023         Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2023 at the address(es) listed below:

**Name**          **Email Address**

BRIAN CRAIG NICHOLAS
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD
on behalf of Creditor Coatesville Area School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com

MARK A. CRONIN
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

STEFAN RICHTER
on behalf of Creditor Reserve at Bailey Station HOA srichter@clemonslaw.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

ZACHARY PERLICK
on behalf of Debtor Raza Gilani Perlick@verizon.net pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
    Raza Gilani

Chapter 13

Bankruptcy No. 22-11280-AMC

Debtor

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: September 13, 2023**

_____  
ASHELY M. CHAN  
U.S. BANKRUPTCY JUDGE